**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

|  |  |  |
|---|---|---|
| JULIAN KENNETH HARDIN, | * | |
| | * | |
| Petitioner/Appellant, | * | |
| | * | |
| v. | * | Civil Action No. CV 113-067 |
| | * | Criminal No. CR 111-365 |
| | * | U.S.C.A. No. 14-11744-A |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| | * | |
| Respondent/Appellee. | * | |
| | * | |

**O R D E R**

The United States Court of Appeals for the Eleventh Circuit has **DISMISSED** the Petitioner's appeal for want of prosecution; thus terminating the appeal in this case pursuant to 11ᵗʰ Cir. R. 42-1(b). Accordingly,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is hereby made the judgment of this Court; and the appeal and all motions in this case are hereby terminated; and the Petitioner's notice of voluntary dismissal is hereby deemed moot.

**ORDER ENTERED** this the ___12th___ day of September, 2014 at Augusta, Georgia .

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE